IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:20-cr-151 (TSE) |
| ) | |
| HYRUM T. WILSON, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF PUBLICATIONS

Notice of Criminal Forfeiture was posted twice for 30 consecutive days each on an official Government Internet site, www.forfeiture.gov, beginning on December 17, 2020, and ending on January 15, 2021, and beginning on April 16, 2021, and ending on May 15, 2021, as directed by the Attorney General, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, according to procedures described in Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

I certify that the foregoing is true and correct.

Executed on this 7th day of October 2021.

Lynn G. Balcar, Esq./FSA

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## COURT CASE NUMBER: 1:20CR151; NOTICE OF FORFEITURE

Notice is hereby given that on November 20, 2020, in the case of U.S. v. Hyrum T. Wilson, Court Case Number 1:20CR151, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

Nebraska Pharmacy license No. 14890 (20-FBI-006937) which was seized from Hyrum T. Wilson on April 09, 2020 in Hanover, MD

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (April 16, 2021) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314, and a copy served upon Assistant United States Attorney Annie Zanobini, 2100 Jamieson Avenue, Alexandria, VA 22314. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. See 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. See 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm

website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Annie Zanobini, 2100 Jamieson Avenue, Alexandria, VA 22314. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

Attachment 1

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## COURT CASE NUMBER: 1:20CR151; NOTICE OF FORFEITURE

Notice is hereby given that on November 20, 2020, in the case of U.S. v. Hyrum T. Wilson, Court Case Number 1:20CR151, the United States District Court for the Eastern District of Virginia entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous Electronics seized from Hyrum T. Wilson Ser No: SEE LIST (20-FBI-006936), including the following items: 1 Apple ipad A1673, Ser No: DMPRV1BRH1MM; 1 MacBook Pro A1502 with power code, Ser No: C025GMRPFVH3; 1 MacBook Pro A2141 with power cord, Ser No: C02C7B5YMD6R; 1 Apple iphone a1660, Ser No: 353824088599358; 1 Dell model 7040 Optiplex with cord, Ser No: CNR57J2; 1 Dell model 7040 Optiplex with cord, Ser No: 2LTFMF2; 1 Dell model 7040 Optiplex with cord, Ser No: 2LNGMF2; 1 Dell model 780 Optiplex with cord, Ser No: 1JXOFP1; 1 Dell model 9020 Optiplex with cord, Ser No: 12528857126; 1 Dell model 7010 Optiplex with cord, Ser No: 2T3DM02; 1 WD MY PASSPORT ultra external hard drive; 1 HP Elite desk with power cord, Ser No: 2UA6252DGK; 1 My passport External Hard Drive, Ser No: WXH1CB1J5990; 1 USB 128gb Micro Storage Device (thumb drive); 1 Dell Precision model T7600, Ser No: H3WNV12; 1 1 SANDISK 16GB Thumb drive; 1 1 SANDISk 4GB Thumb drive which was seized from Hyrum T. Wilson on April 09, 2020 in Hanover, MD

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (December 17, 2020) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, U.S. District Court, 401 Courthouse Square, Alexandria, VA 22314, and a copy served upon Assistant United States Attorney Annie Zanobini, 2100 Jamieson Avenue, Alexandria, VA 22314. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Annie Zanobini, 2100 Jamieson Avenue, Alexandria, VA 22314. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.